**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joel GOUIN, a.k.a. J, Defendant–**
**Appellant.**

**No. 06–10962**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 27, 2006.

Joel Gouin, Coleman, FL, pro se.

Linda Julin McNamara, U.S. Attorney's
Office, Tampa, FL, for Plaintiff–Appellee.

Before DUBINA, CARNES and HULL,
Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, court-appointed
counsel for Joel Gouin in this direct crimi-
nal appeal, has moved to withdraw from
further representation of the appellant and
filed a brief pursuant to *Anders v. Califor-*
*nia,* 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967). Our independent re-
view of the entire record reveals that coun-
sel's assessment of the relative merit of
the appeal is correct. Because indepen-
dent examination of the entire record re-
veals no arguable issues of merit, counsel's
motion to withdraw is **GRANTED** and
Gouin's convictions and sentences are **AF-**
**FIRMED.**